*Thursday, October 31, 1991*
## MERIT DOCKET

**91–2097.** State, ex rel. Carr, v. Cuyahoga Cty. Bd. of Elections. *Cuyahoga County,* No. 62567. This cause, here on appeal from the Court of Appeals for Cuyahoga County, was considered in the manner prescribed by law. On consideration thereof, the judgment of the court of appeals is affirmed consistent with the opinion to follow.

It is further ordered that the appellee recover from the appellant its costs herein expended; that a mandate be sent to the Court of Appeals for Cuyahoga County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Cuyahoga County for entry.

MOYER, C.J., SWEENEY, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

HOLMES, J., dissents.

## MISCELLANEOUS DISMISSALS

**91–1997.** Kuntz v. Ohio Power Siting Bd. Power Siting Board, No. 90–1530–EL–BTX. This cause, here on appeal from the Ohio Power Siting Board, was considered in the manner prescribed by law. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective October 28, 1991.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

IT IS FURTHER ORDERED that the appellee recover from the appellant its costs herein expended; and that a mandate be sent to the Ohio Power Siting Board to carry this judgment into execution; and that a copy of this entry be certified to the Ohio Power Siting Board for entry.

**91–2134.** Johnson v. Cline. *Fairfield County,* 52–CA–89. Cause dismissed, on joint application to dismiss, effective October 28, 1991.